1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ANTONIO BROWN,<br><br>              Petitioner,<br><br>      vs.<br><br>KIM HOLLAND, Warden,<br><br>              Respondent. | Case No. CV 14-00069-SVW (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

/ / /
/ / /
/ / /
/ / /
/ / /

1

IT THEREFORE IS ORDERED that petitioner's request for an evidentiary hearing is denied and that Judgment be entered denying the First Amended Petition and dismissing this action with prejudice.

DATED: November 24, 2015

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE