JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ANTONIO BROWN,<br><br>　　　　Petitioner,<br>　vs.<br>KIM HOLLAND, Warden,<br>　　　　Respondent. | Case No. CV 14-00069-SVW (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED:  November 24, 2015

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

1